# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| JUDGE: DAVID L. HORAN | | |
| DEPUTY CLERK: Shakira Todd | | COURT REPORTER/TAPE NO: Debbie Kriegshauser |
| LAW CLERK: | | USPO/PTSO: |
| INTERPRETER: | | COURT TIME: 1:44-1:58 |
| 10:00 A.M. | P.M. | DATE: September 4, 2026 |

☐ MAG. NO. ☑ DIST. CR. NO. 3:26-cr-00553-L *SEALED* USDJ Judge Sam A. Lindsay

UNITED STATES OF AMERICA § Chad Meacham, AUSA
§
v. § ______ ☐
§
§ Maria Pedraza (F) ☐
DONELLA LOCKE (1) § COUNSEL FOR DEFENDANTS APPT – (A), Retd – (R), FPD – (F)

☑ INITIAL APPEARANCE ☐ IDENTITY ☐ BOND HEARING ☐ PRELIMINARY HEARING
☐ DETENTION HEARING ☐ COUNSEL DETERMINATION HEARING ☐ REMOVAL HEARING ☐ EXTRADITION HEARING
☐ HEARING CONTINUED ON ______ CASE NO. ______ ☐ OTHER DISTRICT ☐ DIVISION
☐ DATE OF FEDERAL ARREST/CUSTODY: ☑ SURRENDER 9/4/2026______
☐ RULE 5/32 ☐ APPEARED ON WRIT
☑ DEFT FIRST APPEARANCE. DEFT ADVISED OF RIGHTS/CHARGES ☐ PROBATION/SUPERVISED RELEASE VIOLATOR
☑ DEFT FIRST APPEARANCE WITH COUNSEL.
☐ DEFT ☐ MW (MATERIAL WITNESS) ______ APPEARED ☐ WITH ☐ WITHOUT COUNSEL
☑ REQUESTS APPOINTED COUNSEL.
☑ FINANCIAL AFFIDAVIT EXECUTED.
☑ ORDER APPOINTING FEDERAL PUBLIC DEFENDER.
☐ PRIVATE COUNSEL APPOINTED ______
☐ DEFT HAS RETAINED COUNSEL ______
☐ ARRAIGNMENT SET ☐ DETENTION HEARING SET ______

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
SEP - 4 2026
CLERK, U.S. DISTRICT COURT
By SWD
Deputy

☐ PRELIMINARY HEARING SET ______ ☐ BOND HEARING SET ______
☐ COUNSEL DETERMINATION HEARING SET ______
☐ IDENTITY/REMOVAL HEARING SET ______
☑ BOND ☐ SET ☐ REDUCED TO $ ______ ☐ CASH ☐ SURETY ☐ 10% ☑ PR ☐ UNS ☐ 3RD PTY ☐ MW
☐ NO BOND SET AT THIS TIME, ____ DAY DETENTION ORDER TO BE ENTERED.
☐ ORDER OF TEMPORARY DETENTION/COMMITMENT PENDING HEARING ENTERED.
☐ ORDER OF DETENTION PENDING TRIAL ENTERED.
☑ DEFT ADVISED OF CONDITIONS OF RELEASE.
☐ BOND EXECUTED ☑ DEFT ☐ MW RELEASED ☐ STATE AUTHORITIES ☐ INS
☐ DEFT ☐ MW REMANDED TO CUSTODY.
☐ DEFT ORDERED REMOVED TO ORIGINATING DISTRICT.
☐ WAIVER OF ☐ PRELIMINARY HEARING ☐ RULE 5/32 HEARING ☐ DETENTION HEARING
☐ COURT FINDS PROBABLE CAUSE ☐ ID ☐ PC.
☐ DEFT FAILED TO APPEAR. ORAL ORDER FOR ISSUANCE OF BENCH WARRANT.
☐ GOVERNMENT TO NOTIFY FOREIGN CONSULAR.
☑ FED. R. CRIM. P. 5(f)(1) ORAL ORDER ISSUED. WRITTEN ORDER TO FOLLOW.

☐ REMARKS: ______